**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 16-6241**

---

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

ANTONIO LAMONT NICHOLSON,

                Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:07-cr-00045-FL-1)

---

Submitted:  May 26, 2016                Decided:  June 1, 2016

---

Before TRAXLER, Chief Judge, and NIEMEYER and FLOYD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Antonio Lamont Nicholson, Appellant Pro Se.  Barbara Dickerson Kocher, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Lamont Nicholson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Contrary to Nicholson's assertion on appeal, our decision in United States v. Williams, 808 F.3d 253 (4th Cir. 2015), does not apply. Accordingly, we affirm for the reasons stated by the district court. United States v. Nicholson, No. 5:07-cr-00045-FL-1 (E.D.N.C. Jan. 25, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED